**Robert Allen BANE, Plaintiff— Appellant,**

v.

**Eddie Lee PEARSON, Warden; Lieutenant Hamlette, Supervisor, Housing Unit 4; H. Johnson, Major, Chief of Security; Vernon Smith, Doctor, Director of Health Services; Ms. Ellis, Medical Supervisor; Virginia Department of Corrections; Sussex II State Prison, Defendants—Appellees.**

No. 04–6769.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 27, 2004.

Decided Nov. 16, 2004.

Robert Allen Bane, Appellant pro se. Edward Joseph McNelis, III, Coreen Antoinette Bromfield, Rawls & McNelis, P.C., Richmond, Virginia; Philip Carlton Hollowell, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Allen Bane appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bane v. Pearson*, No. CA–03–295–1–AM (E.D.Va. Mar. 11, 2004). We grant Bane's unopposed motion to dismiss Ellis as a party to this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*